UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------- x

LE BONITAS S.P.A.,

                    Plaintiff,

    -against-

PARIS HILTON ENTERTAINMENT INC.,

                    Defendant.
------------------------------------------------------------- x

**SUMMARY ORDER**

10 Civ. 9350 (AKH)

[SDNY DOCUMENT ELECTRONICALLY FILED, DOC #: ___, DATE FILED: 5/4/12]

ALVIN K. HELLERSTEIN, U.S.D.J.:

        On April 30, 2012, argument was heard on Defendant's motion for summary judgment and Plaintiff's motion for summary judgment. For the reasons stated on the record, both motions are denied, except that Plaintiff's motion is granted with respect to the dismissal of Defendant's counterclaim for legal fees.

        By May 7, 2012, a joint letter shall be submitted to the Court indicating possible times and dates for a settlement conference at the Court attended by the parties and counsel.

        The Clerk shall mark the motions (Doc. Nos. 39 and 51) terminated.

SO ORDERED.

Dated:    May 2, 2012
            New York, New York

                                              ALVIN K. HELLERSTEIN
                                              United States District Judge